UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI UNTIVEROS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:25-cv-01535-JO<br><br>**ORDER CLOSING CASE AS MOOT** |

On June 16, 2025, Plaintiff, proceeding pro se, filed a motion to vacate his prior criminal conviction pursuant to 28 U.S.C. § 2255. Dkt. 1. Because Plaintiff was no longer in custody, the Court construed the motion as a petition for a writ of coram nobis. *USA v. Untiveros*, No. 3:22-cr-1978-JO-1, Dkt. 35 (S.D. Cal. June 20, 2025). The Court granted Plaintiff's petition for a writ of error coram nobis and vacated his judgment of conviction, *Untiveros*, No. 3:22-cr-1978-JO-1, Dkt. 40, making this civil case moot. The Clerk of Court is DIRECTED to close the case.

1    **IT IS SO ORDERED.**

2    Dated: October 14, 2025

_____
Hon. Jinsook Ohta
United States District Judge